Laurence M. Rosen, Esq. (SBN 219683)
Jonathan Stern, Esq. (*Pro Hac Vice*)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Class Counsel for Plaintiffs*

**UNITED STATED DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>Plaintiff,<br>vs.<br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND LYNNE ROCHELLE ATTIAS AND JONATHAN STEINBERG AS EXECUTORS OF THE ESTATE OF LORD LEONARD STEINBERG,<br>Defendants | Case No. SACV 10-0252 DOC (RNBx)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANTS LEE J. COLE AND LINDEN BOYNE**<br><br>**Hon. David O. Carter**<br>**Date: August 7, 2017**<br>**Time: 8:30 a.m.**<br>**Courtroom: 9D** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** on August 7, 2017 at 8:30 a.m. before the Honorable David O. Carter, Courtroom 9D, 411 West Fourth Street, Santa Ana, CA 92701, Lead Plaintiffs, by and through their counsel, will and do hereby move this Court, pursuant to Federal Rule of Civil Procedure 55(a)(2), for an Order entering a default judgment for the class against Defendants Lee J. Cole and Linden Boyne ("Defendants") upon the court's March 26, 2015 Entry of Default (Dkt. #278) granting Plaintiffs' Request for Entry of Default of Defendant Lee J. Cole (Dkt. #106) and Plaintiffs' Request for Entry of Default of Defendant Linden Boyne (Dkt #105). In support of this Motion, lead plaintiff submit a Memorandum of Points and Authorities as to all relevant portions of the files and records of this action, and on such other matters as may properly come before the court at the presentation and hearing of this application.

As set forth in below as, the class representatives seeks judgment for the class against Defendants for monetary damages of $6,635,748.38 million.

Counsel for Plaintiffs have conferred with non-defaulting defendants in this matter, who either do not oppose or take no position on the instant motion.

Dated: July 10, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Jonathan Stern
Jonathan Stern (*pro hac vice*)
Laurence Rosen (SBN 219783)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com
jstern@rosenlegal.com